# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GERALD WILKINS,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No.  08-cv-732-JPG-PMF |
| **GREG LAMBERT, et al.**, | ) |
| **Defendants.** | ) |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court is a defense motion for sanctions (Doc. No. 54).  The motion is unopposed. On July 1, 2009, plaintiff Gerald Wilkins was allowed to proceed on excessive force, failure to protect, retaliation, and medical records claims.  He was reminded of his continuing obligation to keep the Clerk and each opposing party informed of any change in his whereabouts (Doc. No. 7). On November 23, 2009, Wilkins provided an address where he would receive mail following his release from confinement (Doc. No. 41).  Wilkins subsequently failed to appear at his deposition, which was properly noticed for February 10, 2010. At that time, efforts to reach Wilkins by phone were unsuccessful.  Wilkins has not offered a valid excuse for his absence.  He also failed to respond to the defense motion for sanctions, and further failed to respond to a show cause order, which warned that the absence of a response would be viewed as an admission that sanctions are appropriate (Doc. No. 58).

Sanctions, including dismissal, may be imposed when a party fails to comply with a legitimate discovery request, such as a notice to take a deposition.  Fed. R. Civ. P. 37(d).  Because Wilkins has been non-responsive following his release on parole, it seems unlikely that he would comply with an order directing him to pay a monetary sanction.  The circumstances strongly suggest

an element of willfulness or perhaps Wilkins simply lost interest in his claims following his release from prison.  Without his participation, the case cannot proceed.

IT IS RECOMMENDED that the motion for sanctions (Doc. No. 54) be GRANTED.  All remaining claims should be dismissed for want of prosecution and alternatively as a sanction for Wilkins' noncompliance with legitimate discovery requests.

SUBMITTED:   April 13, 2010  .

 S/ Philip M. Frazier
PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE