UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GERALD WILKINS,

      Plaintiff,

  v.

ILLINOIS DEPARTMENT OF
CORRECTIONS, *et al.*

      Defendants.

Case No. 08-cv-732-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 60) of Magistrate Judge Philip M. Frazier recommending that the Court grant the defendants' motion for sanctions (Doc. 54) and dismiss the remaining claims in this case for lack of prosecution or, in the alternative, as a sanction for failing to comply with legitimate discovery requests.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3).  The Court must review *de novo* the portions of the report to which objections are made.  *Id.*  "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report.  In fact, the Report sent to Wilkins has been returned to the Court with markings from the Post Office stating, "Attempted not known." That Wilkins has failed to keep the Court apprized of his current address as required by Local Rule 3.1(b) is consistent with the Report's recommendation of dismissal for failure to prosecute.

The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 60), **GRANTS** the defendants' motion for sanctions (Doc. 54) and **DISMISSES with prejudice** the remaining claims in this case pursuant to Federal Rule of Civil Procedure 41(b) or, in the alternative, pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(v) and (d) for failure to comply with a legitimate discovery request.  The Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:  May 14, 2010**

                                           s/ J. Phil Gilbert
                                           **J. PHIL GILBERT**
                                           **DISTRICT JUDGE**