UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERALD WILKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>ILLINOIS DEPARTMENT OF CORRECTIONS, *et al.*<br><br>    Defendants. | Case No. 08-cv-732-JPG |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: May 14, 2010**                                **NANCY J. ROSENSTENGEL, Clerk of Court**

                                                        **By:s/Deborah Agans, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**